Printed: 05/20/10 03:46 PM

# Claims Distribution Small Checks

Page: 1

**Case: 09-50513 - TISDELL, JOANNE MARIE**

Payee: U.S. Bankruptcy Court   Trustee: ROBERT R. KANUIT (430160)

RECEIVED

2010 MAY 27 AM 9:07

BANKRUPTCY COURT
DULUTH MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 900002346181664 | 113 | 05/20/10 | 2 | 09/15/09 | 610 | AMERICAN INFOSOURCE LP AS AGENT FOR | 509.32 | 509.32 | 3.14 | 3.14 |
| | | | 9 | 11/30/09 | 610 | HSBC Bank Nevada, N.A. | 787.66 | 787.66 | 4.86 | 4.86 |
| | | | 11 | 12/08/09 | 610 | Recovery Management Systems Corporation | 726.57 | 726.57 | 4.48 | 4.48 |

Check Amount: $12.48

(*) Denotes objection to Amount Filed